MINUTE ENTRY
ENGELHARDT, J.
DECEMBER 15, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CAPITAL ONE SERVICES, INC. | CIVIL ACTION |
| VERSUS | NO. 10-2707 |
| SOFTWARE AG USA, INC. | SECTION "N" |

### JUDGE KURT D. ENGELHARDT PRESIDING

**WEDNESDAY, DECEMBER 15, 2010 AT 9:30 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER: Susan Zielie

APPEARANCES: Gerard Wimberly, Jr., for Plaintiff
             James Chastain, Jr., for Defendant

**MOTION OF DEFENDANT, SOFTWARE AG USA, INC. TO DISMISS (Rec. Doc. No. 7)**

ARGUMENT - ORDERED GRANTED. COUNSEL FOR PLAINTIFF SHALL FILE AN AMENDED COMPLAINT BY JANUARY 21, 2011 . REASONS ORALLY GIVEN.

JS-10: 0:20